SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; VICE PROVOST JANET BROUGHTON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SATISH RAO,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; VICE PROVOST JANET BROUGHTON; in their individual and official capacities; REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendants. | Case No. 3:25-cv-02385-LB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: September 4, 2025<br>Time: 9:30 a.m.<br><br>Magistrate Judge: Hon. Laurel Beeler<br>Crtrm.: B<br>Trial Date: Not set |

PLEASE TAKE NOTICE that on September 4, 2025 at 2:30 p.m. or as soon thereafter as counsel may be heard Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; VICE PROVOST JANET BROUGHTON ("Defendants") by and through their attorneys of record, will and hereby do move the Court for an order to dismiss Plaintiff SATISH RAO's ("Plaintiff") First Amended Complaint ("Complaint") without leave to amend, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) and (6).

This Motion to Dismiss the First Amended Complaint is made on the grounds that:

- Plaintiff's causes of action, apart from the Title VI claim, are barred by Eleventh Amendment immunity. This immunity extends to the individual defendants who have been sued in their official capacity.
- Even if the claims were not barred by Eleventh Amendment immunity, the first through third claims under Section 1983 are barred because defendants are not "persons" within the meaning of Section 1983. Further, Plaintiff has not alleged actionable deprivation to invoke Section 1983.[1]
- To the extent Plaintiff alleges the Section 1983 claims against the individual defendants in a non-official capacity, the claims are barred for failure to state a claim and qualified immunity.
- The fourth cause of action under Title VI does not apply to Plaintiff's employment because the federal funding that The Regents receives is not directly related to the alleged employment practices at issue here. Further, the individual defendants may not be sued under Title VI.
- All claims are barred by the two year statute of limitations in that the gravamen of Plaintiff's alleged harm was a less than full salary increase in July 2021. This suit, filed nearly four years later, is time-barred.
- Plaintiff has not met his pleading requirements with regard to the retaliation and conspiracy claims.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, and any other documents or evidence on file with the Court in this matter, as well as any oral argument heard by the Court.

/ / /

[1] Plaintiff titles the first two claims as violations of 42 USC Section 1933. Plaintiff did not respond to Defendants' inquiry as to whether the statute was a typographical error such that it should refer to Section 1983. Nonetheless, Defendants assume that Plaintiff was referring to Section 1983.

Dated: July 23, 2025

QUARLES & BRADY LLP

By: */s/ Sandra L. McDonough*

SANDRA L. McDONOUGH
Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; VICE PROVOST JANET BROUGHTON