Satish Rao
2421 Oregon St.
Berkeley, CA 94705
Tel: 510-882-5324
Email: satish0rao@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SATISH RAO,<br>Plaintiff,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 3:25-cv-02385-LB<br><br>JOINT STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; [~~PROPOSED~~] ORDER<br><br>Judge: Hon. Laurel Beeler |

Plaintiff Satish Rao ("Plaintiff"), appearing pro se, and defendants ("Defendants"), by and through their counsel of record, jointly stipulate and respectfully request that the Court enter the accompanying order, on the following basis:

**1.** The operative pleading is the Second Amended Complaint ("SAC") (ECF No. 38). On March 26, 2026, the Court granted in part and denied in part Defendants' motion to dismiss (ECF No. 53), dismissing the Title VII and FEHA discrimination and retaliation claims against the individual defendants and otherwise denying the motion.

**2.** The Court's May 14, 2026 Case-Management and Scheduling Order (ECF No. 65) set August 6, 2026 as the deadline to seek leave to add parties or amend the pleadings.

**3.** Plaintiff seeks leave to file a Third Amended Complaint ("TAC"), a copy of which is attached as **Exhibit A**, together with a blackline comparison of the proposed TAC against the operative SAC, attached as **Exhibit B** in accordance with the Court's Standing Order. The TAC is a complete, self-contained pleading under Civil Local Rule 10-1. As described in Plaintiff's July 29, 2026 meet-and-confer correspondence

and reflected in the blackline, the TAC: (a) adds Count Eleven, a 42 U.S.C. § 1983 First Amendment retaliation claim arising from the University's April 24, 2026 Notice of Allegations and Referral to the Committee on Charges, for damages against Defendant Sharon Inkelas and Doe Defendants 1–10 in their individual capacities; (b) adds supporting factual allegations concerning that referral; (c) reserves any Title VII and FEHA retaliation claims arising from the referral for a later supplemental pleading under Rule 15(d) after administrative exhaustion; (d) carries forward the surviving Count Four (§ 1983 civil-rights conspiracy), renumbering its Doe conspiracy defendants (now Does 11–100) and clarifying its Doe-only, individual-capacity framing without adding a new claim; (e) corrects four drafting errors in SAC ¶¶ 19, 31, 34, and 35; and (f) adds allegations of actual malice supporting the existing request for punitive damages. The TAC adds no claim beyond Count Eleven.

**4.** The parties have met and conferred. Defendants stipulate to the filing of the TAC while reserving all defenses and rights to file any appropriate responsive pleading. Nothing in this stipulation waives, and Defendants expressly preserve, all such defenses and rights.

**5.** Leave to amend should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). This stipulation is filed within the ECF No. 65 deadline; the amendments are timely and non-prejudicial; and stipulating to leave avoids unnecessary motion practice on the question of leave itself, without prejudice to any of Defendants' reserved rights.

**NOW, THEREFORE, the parties stipulate and jointly request that the Court order as follows:**

**a.** Plaintiff is granted leave to file the Third Amended Complaint in the form attached as Exhibit A;

**b.** Plaintiff shall file the Third Amended Complaint within seven (7) days of the date of the Court's order; and

**c.** The already joined Defendants shall answer or otherwise respond to the Third Amended Complaint within forty-five (45) days after it is filed. The newly added Defendant shall be permitted to respond to the Third Amended Complaint within forty-five (45) days of proper service.

IT IS SO STIPULATED.

Dated: August 5, 2026



Satish Rao
*Plaintiff, Pro Se*

Dated: August 5, 2026
QUARLES & BRADY LLP

/s/ Sandy McDonough

Sandy McDonough
*Attorneys for Defendants*

**Attestation (Civil L.R. 5-1(i)(3)).** Pursuant to Civil Local Rule 5-1(i)(3), the filer, Satish Rao, attests that concurrence in the filing of this document has been obtained from Sandy McDonough, counsel for Defendants, whose electronic signature appears above.

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is **GRANTED** leave to file the Third Amended Complaint in the form attached as Exhibit A to the stipulation;

2. Plaintiff shall file the Third Amended Complaint within **seven (7) days** of the date of this Order; and

3. The already joined Defendants shall answer or otherwise respond to the Third Amended Complaint within **forty-five (45) days** after it is filed. The newly added Defendant shall be permitted to respond to the Third Amended Complaint within **forty-five (45) days** of proper service.

IT IS SO ORDERED.

Dated: August 6, 2026



Hon. Laurel Beeler

United States Magistrate Judge