SANDRA L. McDONOUGH (SBN 193308)
Sandy.McDonough@quarles.com
JACK T. EDMOND (SBN 363497)
jack.edmond@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; VICE PROVOST JANET BROUGHTON

SATISH RAO
2421 Oregon St.
Berkeley, CA 94705
510-882-5324

In Pro Per

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

SATISH RAO,

Plaintiff,

v.

PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; VICE PROVOST JANET BROUGHTON; in their individual and official capacities; REGENTS OF THE UNIVERSITY OF CALIFORNIA,

Defendants.

Case No. 3:25-cv-02385-LB

**JOINT STIPULATION TO EXTEND DEADLINE TO EXECUTE STIPULATION REGARDING DOCUMENT AUTHENTICITY AND GENUINENESS PURSUANT TO ECF NO. 76**

Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; and VICE PROVOST JANET BROUGHTON ("Defendants"), and Plaintiff SATISH RAO ("Plaintiff"), hereby submit this Joint Stipulation extending the time for the Parties

to execute a stipulation regarding document authenticity and genuineness pursuant to ECF No. 76.

1. On July 24, 2026, Plaintiff served his first sets of Requests for Admission, Requests for Production, and Interrogatories on Defendants, along with a Source Index.

2. On September 14, 2026, the Court ordered (ECF No. 76) that, within fourteen days, "the parties must execute a stipulation to the authenticity and genuineness of the documents identified in the Source Index". ECF No. 76 expressly noted that the fourteen-day deadline "can be extended by stipulation of the parties[.]"

3. ECF No. 76 further stated that: "On execution of the stipulation, the eighty-three Regents requests listed in Exhibit A (ECF No. 73 at 8–12) are deemed withdrawn. Within fourteen days after execution, the plaintiff must serve conformed sets that (a) withdraw any other request that asks only whether quoted language appears in a stipulated document and (b) consolidate duplicative requests by directing each request to the defendant or defendants whose own act, knowledge, or reliance it concerns. Withdrawals are without prejudice as stated in the analysis above. . . . The defendants must respond to the conformed sets within forty-five days of service."

4. On September 17, 2026, Plaintiff provided Defendants with copies of the Source-Index documents (other than the University email communications Plaintiff identified for Defendants to confirm from the University's own records).

5. On September 19, 2026, Plaintiff provided advance copies of the conformed First Sets, marking 395 of the 811 Requests for Admission for withdrawal (416 operative), in furtherance of ECF No. 76.

6. On September 28, 2026, the Parties agreed via email to extend the deadline to enter into the stipulation contemplated by ECF No. 76 until October 6, 2026. The Parties further agreed that Defendants' 45-day period to respond to the Plaintiff's First Sets of Requests for Admission shall run from September 28, 2026.

7. The Parties make the present stipulation pursuant to ECF No. 76's express permission that the Parties, by way of agreement, may extend the deadline to execute the stipulation, indicating that an order from this Court is not necessary to allow such an extension.

8. Therefore, the deadline for the Parties to enter into the stipulation contemplated by ECF No. 76 is extended to October 6, 2026, and Defendants' 45-day period to respond to the Plaintiff's First Sets of Requests for Admission shall run from September 28, 2026.

IT IS SO STIPULATED.

Dated: October 2, 2026

QUARLES & BRADY LLP

By: */s/ Jack T. Edmond*
SANDRA L. McDONOUGH
JACK T. EDMOND
Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PROFESSOR JOHN CANNY; DEAN TSU-JAE KING LIU; DEAN JENNIFER CHAYES; VICE PROVOST VICTORIA PLAUT; VICE PROVOST JANET BROUGHTON

Dated: October 2, 2026

By: */s/ Satish Rao*
SATISH RAO
Plaintiff *in Pro Per*

**LOCAL RULE 5-1(i)(3) ATTESTATION**

The foregoing joint stipulation requires the signature of both parties. Prior to filing, I obtained Plaintiff's concurrence in the filing of this joint stipulation, wherein Plaintiff authorized me to apply his digital signature on his behalf. Thus, this concurrence serves in lieu of Plaintiff applying his own signature pursuant to Local Rule 5-1(i)(3). I will maintain records supporting Plaintiff's concurrence for subsequent production to the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of this action, including any appeal.

Dated: October 2, 2026

*/s/ Jack T. Edmond*
JACK T. EDMOND