# Source Index — Documents Referenced in Plaintiff's First Set of Requests for Admission

*Rao v. Regents of the University of California, No. 3:25-cv-02385-LB (N.D. Cal.)*

Provided by Plaintiff as a **courtesy** to assist Defendants in locating the materials referenced in Plaintiff's Requests for Admission. This index is **not a production of documents** and is provided **without waiver** of any objection, privilege, or work-product protection. Documents designated as SAC Exhibits are on the docket; the remaining items are, in the ordinary course, within Defendants' own records. Where a Request quotes language identified inline (for example, from the certified October 11, 2024 meeting transcript or from the Request's own context), it may not reference a separately listed document below.

**1. the Departmental Recommendation** — the July 2021 departmental merit recommendation authored by Defendant Canny (SAC Exhibit 3a).

> Referenced in: Regents RFA 11, 98, 100, 101, 102, 103, 104, 105, 134, 232, 233; Canny RFA 59, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109; Chayes RFA 75, 76; Liu RFA 126, 127; Broughton RFA 35

**2. the Deans' Recommendation (Jan 30, 2022)** — the January 30, 2022 recommendation of Deans Chayes and Liu to the Vice Provost (SAC Exhibit 3b).

> Referenced in: Regents RFA 95, 111; Chayes RFA 15, 16, 17, 18, 25, 27, 28, 39, 40, 72; Liu RFA 36, 37, 38, 39, 46, 47, 48, 79, 80

**3. the Budget Committee Letter** — the Committee on Budget and Interdepartmental Relations decision letter on Plaintiff's 2021 merit review (SAC Exhibit 3c).

> Referenced in: Regents RFA 93, 94, 95, 97, 106, 107; Plaut RFA 22, 23, 87, 88, 89, 90, 91, 92, 99, 100, 101

**4. the Broughton Merit Decision** — Interim Vice Provost Broughton's merit decision on Plaintiff's 2021 review (SAC Exhibit 3d).

> Referenced in: Regents RFA 227, 228, 229, 230; Broughton RFA 7, 9, 10, 11, 12, 14, 15, 16, 19, 22, 23, 32, 33, 36, 37, 43, 44, 45, 46, 47, 48

**5. the Broughton Reconsideration Decision** — Interim Vice Provost Broughton's August 12, 2024 decision on Plaintiff's reconsideration (SAC Exhibit 4c).

> Referenced in: Regents RFA 7; Broughton RFA 8, 17, 18, 19, 22, 28, 29, 30, 31, 34, 38

**6. the OPHD Report** — the OPHD Reports of Investigation in Case No. 2021-UCB-00381 (Canny and Levien respondents), issued November 3, 2022 (full report).

> Referenced in: Regents RFA 29, 45, 46, 47, 48, 49, 50, 51, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 142, 143, 144, 145, 146, 147, 148, 149, 201, 205, 207, 208, 209, 245, 246, 247, 248, 249, 251, 253, 254, 255, 256, 259, 260, 261, 262, 263, 264, 265, 266, 267, 270, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 286; Canny RFA 11, 12, 13, 14, 17, 18, 19, 22, 23, 27, 36, 37, 47, 48, 49, 50, 56, 65, 66, 67, 68, 70, 73, 74, 83, 84, 85, 88; Plaut RFA 6, 25, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 61, 66, 67, 69, 71, 73, 74, 75, 76, 93, 95, 97

**7. Exhibit 10 (Canny's written answers)** — Defendant Canny's written answers to the merit questionnaire (SAC Exhibit 10).

Referenced in: Regents RFA 111, 113, 197; Canny RFA 52, 55, 57, 60, 61, 71, 72, 91, 93, 96, 97, 99; Chayes RFA 30; Liu RFA 50; Broughton RFA 25

**8. Exhibit 11 (Canny's September 2020 emails)** — Defendant Canny's September 2020 emails to Plaintiff (SAC Exhibits 11-12) (subject "committee on E&I"; between Plaintiff and John Canny; cc Armando Fox; 25-message thread, Sept 2020).

Referenced in: Regents RFA 245, 270; Canny RFA 20, 29, 30, 31, 32, 33, 34, 35, 39, 40, 41, 42, 43, 79, 80, 81, 90

**9. Exhibit 7 (Levien/Hunn/Kauer questionnaire)** — the questionnaire responses of Levien, Hunn, and Kauer (SAC Exhibit 7).

Referenced in: Regents RFA 117

**10. the Bullying Guidelines** — the August 1, 2019 Guidelines for Preventing and Responding to Faculty Bullying and Other Demeaning & Disruptive Behavior (SAC Exhibit 18).

Referenced in: Regents RFA 83, 85, 86, 87, 320, 321; Chayes RFA 17, 33; Liu RFA 38, 53; Broughton RFA 9, 19, 20, 21, 22

**11. the Certified Transcript (Oct 11, 2024)** — the certified transcript of the October 11, 2024 Zoom meeting (EGEN-00271).

Referenced in: Regents RFA 136, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 191, 196, 199, 210, 211, 212, 213, 214; Chayes RFA 11, 37, 38, 46, 49, 50, 51, 52, 53, 54, 55, 56, 57, 60, 61, 62, 63; Liu RFA 2, 69, 71, 98, 99, 100, 104, 106, 107, 113, 133

**12. the March 18, 2025 email** — the March 18, 2025 email to Plaintiff over the names of Deans Chayes and Liu (subject "decision on your merit review case"; to Plaintiff; cc Tsu-Jae King Liu).

Referenced in: Regents RFA 80; Chayes RFA 46, 47, 48, 65; Liu RFA 96, 97

**13. the September 7, 2022 email (Wagner)** — David Wagner's September 7, 2022 email to Plaintiff (subject 'Results of campus review of 2021 merit case') (SAC Exhibit 19).

Referenced in: Regents RFA 39, 40, 130, 235, 268

**14. the Affidavits** — the signed statements of faculty/committee members (Demmel, Bokor, Parlour, Flinker, et al., 2018-2021) concerning Plaintiff's committee interactions.

Referenced in: Regents RFA 104, 118, 119, 144, 151, 152, 178, 196; Liu RFA 94, 98, 100, 104

**15. the August 5, 2022 Decision Letter** — the August 5, 2022 decision letter signed by Deans Chayes and Liu conveying the approved half-step deceleration (SAC Exhibit 3e).

Referenced in: Regents RFA 13, 231; Chayes RFA 20, 21, 22, 23, 41, 42, 44, 68, 69, 70, 71, 73, 74; Liu RFA 41, 42, 43, 44, 81, 82, 84, 122, 123, 124, 125; Broughton RFA 32

**16. the Response to the Departmental Recommendation** — Plaintiff's written Response to the Departmental Recommendation (official submission).

Referenced in: Regents RFA 11, 98, 100, 101, 102, 103, 104, 105, 134; Chayes RFA 25; Liu RFA 46; Broughton RFA 36

**17. the 2021 TOP Program** — the 2021 Targeted Off-Scale Program / 2021 Salary Plan for Ladder Faculty (SAC Exhibit 15).

Referenced in: Regents RFA 2

**18. the 2022 Salary Program** — the 2022 salary equity program for ladder faculty (SAC Exhibit 16).

Referenced in: Regents RFA 3

**19. the BIR Reconsideration Letter** — the Budget Committee's reconsideration letter on Plaintiff's 2021 merit case (SAC Exhibit 4b).

Referenced in: Regents RFA 91, 92, 96

**20. the Request-for-Information thread** — the "Request for information" email thread including former Chair Bokor's response (subject "Request for information."; to James Demmel and Jeff Bokor; cc David Wagner, Christine Parlour; 4 messages, Sept 2021).

Referenced in: Regents RFA 77

**21. the April 8, 2023 preservation demand** — Plaintiff's April 8, 2023 reply to the Notice of Decision / preservation demand (cc Robinson).

Referenced in: Regents RFA 78

**22. the Rome predetermination email (Jul 6, 2022)** — Elizabeth Rome (OPHD Interim Associate Director of Investigations) to Plaintiff, July 6, 2022, declining to add a retaliation allegation and prejudging Levien's good faith (Rome 'Prejudged Levien Good Faith' email).

Referenced in: Regents RFA 72; Plaut RFA 56, 57

**23. the CS188 slide apology thread (Jun 29, 2020)** — the June 29, 2020 email thread on the CS188 'BLM-takeoff' slide — Rao's response/apology, on which Canny was copied and participated (FERPA-quarantined).

Referenced in: Regents RFA 241; Canny RFA 24, 114

**24. APM-010 (Academic Freedom)** — the official UC Academic Personnel Manual APM-010, Academic Freedom.

Referenced in: Regents RFA 171, 172

**25. APM-015 (Faculty Code of Conduct)** — the official UC APM-015, The Faculty Code of Conduct.

Referenced in: Regents RFA 85, 162, 163, 169; Plaut RFA 79, 80, 82, 84

**26. APM-035 (Nondiscrimination/Anti-Retaliation)** — the official UC APM-035, Affirmative Action and Nondiscrimination in Employment.

Referenced in: Regents RFA 43, 175, 225, 226

**27. the bMAP reconsideration/P&T guidance (Flinker email)** — the campus bMAP guidance quoted to Plaintiff by EECS Academic Personnel (Julia Flinker) in the 2023 reconsideration

email thread (subject "Appeal on 2020 decision on promotion."; Plaintiff / Jitendra Malik / Stuart Russell; cc Julia Flinker).

Referenced in: Regents RFA 132

**28. the Oct 26, 2023 reconsideration recommendation** — Deans Chayes & Liu's Oct 26, 2023 reconsideration recommendation (SAC Ex 4a).

Referenced in: Regents RFA 125, 129; Chayes RFA 24; Liu RFA 45

**29. Liu's January 27, 2020 letter** — Dean Liu's January 27, 2020 letter to Plaintiff.

Referenced in: Liu RFA 20, 21, 55, 59, 60, 76

**30. Plaintiff's July 15, 2019 letter to Liu** — Plaintiff's signed July 15, 2019 letter to Dean Liu.

Referenced in: Liu RFA 28, 33, 34, 35, 75, 128

**31. the December 31, 2018 complaint thread** — the December 31, 2018 initial-complaint email thread (subject "complaint of December 31, 2018"; among Plaintiff, Dean Tsu-Jae King Liu, and John Wawrzynek; cc Christine Parlour, Stephanie Smith; 48 messages, Dec 2018–Aug 2019).

Referenced in: Regents RFA 153, 257; Liu RFA 29, 56, 77, 129

**32. the Feb 16, 2019 'hostile workplace concern' email** — the February 16, 2019 email thread (subject "your hostile workplace concern"; between Plaintiff and Dean Tsu-Jae King Liu; cc James Demmel, Jeff Bokor, Christine Parlour; 6 messages).

Referenced in: Regents RFA 206; Liu RFA 62, 63, 64, 67, 112

**33. Liu's August 10, 2019 response to the formal complaint** — Dean Liu's August 10, 2019 written response closing Plaintiff's formal complaint (SAC Ex 9) (within the "complaint of December 31, 2018" thread; from Dean Tsu-Jae King Liu to Plaintiff; cc Christine Parlour, Stephanie Smith).

Referenced in: Regents RFA 200, 202, 203, 204; Liu RFA 70, 108, 109, 110, 111

**34. Plaut's March 30, 2023 Notice of Decision** — VPF Plaut's March 30, 2023 Notice of Decision in Case 2021-UCB-00381.

Referenced in: Plaut RFA 2, 6, 24, 25, 26, 85

**35. Plaintiff's December 7, 2022 submission to Plaut** — Plaintiff's December 7, 2022 submission/response to VPF Plaut.

Referenced in: Plaut RFA 11, 14, 15, 16, 18, 59, 60, 62, 63, 64, 65, 72

**36. the Inkelas Sept 2022 reconsideration thread** — the Sept 2022 email thread with Sharon Inkelas re reconsideration routing (subject "reconsideration of review"; between Plaintiff and Sharon Inkelas, inkelas@berkeley.edu; 10 messages, Sept 2022).

Referenced in: Regents RFA 126, 215, 216

**37. the Wawrzynek response (Ex 6)** — John Wawrzynek's response (SAC Ex 6).

Referenced in: Regents RFA 257; Liu RFA 56, 129

**38. the OPHD Report (Case 2022-UCB-00486)** — OPHD ROI in Case 2022-UCB-00486 (Rao respondent).

Referenced in: Regents RFA 32, 33, 34, 36, 37, 38, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 305, 306, 307, 308, 309, 310, 311, 312, 313

**39. the Whitlock HR email (Ex 21)** — Eugene Whitlock (AVC-HR) email (SAC Ex 21) (subject "possible meeting?"; between Plaintiff and Eugene Whitlock, ewhitlock@berkeley.edu; 6-message thread).

Referenced in: Regents RFA 197; Canny RFA 53, 91

**40. the June 11, 2026 P&T Prima Facie Findings letter** — the Academic Senate Committee on Privilege & Tenure's Prima Facie Findings letter (June 11, 2026) on Plaintiff's 2025 retaliation grievance re Canny — a PRELIMINARY finding that a prima facie case exists (not a final adjudication).

Referenced in: Regents RFA 43, 174

**41. the April 29, 2022 Notice of Allegations (Case 2021-UCB-00381)** — OPHD's April 29, 2022 Notice of Allegations naming Canny (Respondent #1) and Levien (Respondent #2); Rao complainant.

Referenced in: Regents RFA 146, 207, 208; Plaut RFA 47

**42. the UC Nondiscrimination Policy (UC-HR-18-0378)** — the UC systemwide Discrimination, Harassment & Affirmative Action policy that OPHD applies.

Referenced in: Regents RFA 256, 288, 289

**43. the Rome retaliation-block email thread (2022)** — The June–July 2022 email thread between Plaintiff and OPHD Interim Associate Director Elizabeth Rome regarding Plaintiff's request to add a retaliation allegation to OPHD Case No. 2021-UCB-00381 (subject "investigation"; between Plaintiff and Elizabeth Rome, erome@berkeley.edu; cc Martha Phillips, Ask_OPHD; 12 messages).

Referenced in: Regents RFA 73

**44. the Rome email-refusal letter** — OPHD (Elizabeth Rome) Feb-15-2023 refusal to provide Plaintiff a copy of the email Levien submitted to the investigator (subject "Re: For Rao – *Private* OPHD Issuing Notice of Outcome and Investigation Reports"; from Elizabeth Rome to Plaintiff; cc Kellie Brennan, Victoria Plaut).

Referenced in: Plaut RFA 68

**45. the December 27, 2018 communication** — Plaintiff's Dec-27-2018 initial written complaint thread (subject "Re: meeting"; among Plaintiff, Susanne Kauer, James Demmel, and Jeff Bokor; cc John Wawrzynek, Josephine Williamson, Ronald Fearing; 23 messages, Dec 2018).

Referenced in: Regents RFA 153, 285; Liu RFA 30

**46. the OPHD Report of Investigation (Canny as Respondent)** — OPHD Report of Investigation, Case 2021-UCB-00381, Canny as Respondent.

Referenced in: Canny RFA 19, 47, 48, 49, 50, 67, 68, 70, 73

**47. the June 29, 2020 email forwarding context to Sarah Yang** — Canny's 6/29/2020 7:43pm email forwarding Rao's 'Regarding incident' apology chain to Sarah Yang (comms).

Referenced in: Canny RFA 24

**48. Plaintiff's August 2023 reconsideration-request thread (to Russell & Malik; incl. the Aug-20 Inkelas reference)** — Rao's Aug 11 2023 reconsideration submission (Malik acknowledged receipt same day) + Aug 20 contemporaneous reference to Inkelas/OFEW requiring reconsideration first (email thread, subject "Appeal on 2020 decision on promotion."; between Plaintiff, Jitendra Malik, and Stuart Russell; cc Julia Flinker; 35 messages, Aug–Oct 2023).

Referenced in: Regents RFA 127

**49. Canny's written answers to Plaintiff's questionnaire (Exhibit 10)**

Referenced in: Regents RFA 113, 115; Canny RFA 53, 58, 60, 99; Chayes RFA 30, 32; Liu RFA 50, 52; Broughton RFA 25, 27

**50. the deans' merit Recommendation (Chayes & Liu, Exhibit 03b)**

Referenced in: Regents RFA 110; Chayes RFA 28; Liu RFA 48

**51. the Broughton Merit Decision (Exhibit 03d)**

Referenced in: Broughton RFA 23

**52. the UC Berkeley Faculty Salary Equity Study, 2023 Update (VP for the Faculty, Feb 2024)**

Referenced in: Regents RFA 283, 284

**53. the certified transcript of the October 11, 2024 meeting (EGEN-00271)**

Referenced in: Regents RFA 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 191, 196, 199, 210, 211, 212, 213, 214; Chayes RFA 11, 49, 50, 51, 52, 53, 54, 55, 56, 57, 60, 61, 62, 63; Liu RFA 69, 71, 98, 99, 100, 104, 106, 107, 113, 133

**54. Hermalin (via Liu): reconsideration is the mechanism to challenge the dean's letter / personnel action** — the June–July 2020 EMPOWER / "Contributions to E&I in merit and promotion cases" faculty email thread (subject "[COE-FullProfs] Contributions to E&I in merit and promotion cases"; on the College of Engineering faculty listservs; cc Dean Tsu-Jae King Liu, Associate Dean Kara Nelson, Fatima Alleyne, et al.; 28 messages, Jun 19–Jul 17, 2020), in which VP-F Benjamin Hermalin's guidance is relayed via Dean Liu that a faculty member who objects to the dean's letter "can request reconsideration of the personnel action."

Referenced in: Regents RFA 317, 318, 319

**55. the Archer "change in campus practice" emails (Aug 18, 2025)** — Assistant Vice Provost Heather Archer's emails to Plaintiff of August 18, 2025 (subject "change in campus practice"; from archer@berkeley.edu; to Plaintiff; no cc), stating that UC Berkeley "no longer restricts the sharing of your personnel file with others," that "No disciplinary action will be taken against you for sharing the file," and that "[t]here was no written policy" on the subject and the accompanying letter "had been used in its previous form for decades."

Referenced in: Regents RFA 329, 330, 331

**56. the Robinson final-determination email (Mar 7, 2025)** — Chief Campus Counsel David M. Robinson's March 7, 2025 email to Plaintiff (subject "Your email to the General Counsel"; from dmrobinson@berkeley.edu; to Plaintiff), stating that "the campus is standing on its position" and that Plaintiff "may treat the position as the final determination with regard to [his] request."

Referenced in: Regents RFA 328

**57. the no-share directive accompanying Plaintiff's file** — the University's letter accompanying Plaintiff's personnel and academic-review file, stating that the University "does not consent to your sharing copies of these documents with anyone other than your recognized agent, such as legal counsel" (quoted in Plaintiff's February 26, 2025 escalation to the UC General Counsel).

Referenced in: Regents RFA 322

**58. the APO records-access basis emails (Jan 2025)** — the Academic Personnel Office's January 2025 emails to Plaintiff (in the "PRA Request: Personnel file" thread) asserting the "University Records" policy and citing APM 160-20 as the basis for restricting Plaintiff from sharing his own file.

Referenced in: Regents RFA 324

**59. Canny's "Criminally stupid" / marked-up-emails thread (Apr 16, 2021)** — Defendant Canny's April 16, 2021 emails to Plaintiff (subject "Criminally stupid."; from canny@berkeley.edu; to Plaintiff; cc Jeffrey Bokor), stating that the COVID-19 vaccine-policy topic was "not our lane" and that Plaintiff's "non-expert opinions would simply contribute to the noise that is drowning out the voices of experts," and transmitting a set of Plaintiff's own departmental emails Canny had marked up ("Here's the set of messages I marked up . . . I'd like to avoid all the text that has been highlighted").

Referenced in: Canny RFA 15, 28, 78

**60. Canny's "I agree that this is unfair" email (Jun 26, 2020)** — Defendant Canny's June 26, 2020 email to Plaintiff (in the "Meet with Gerry Preciado" thread; from canny@berkeley.edu; to Plaintiff), writing, regarding EECS staff comments about Plaintiff, "I agree that this is unfair, but I'm not sure what can be done at this point. The comments cant be erased."

Referenced in: Canny RFA 69

**61. Robinson's Feb 11, 2025 "treat as final" email** — Chief Campus Counsel David M. Robinson's February 11, 2025 email to Plaintiff (in the "PRA Request: Personnel file" thread), stating that Plaintiff "may also treat the decision as final" and that "[t]here is no further process for revisiting it," and directing Plaintiff to the whistleblower portal.

Referenced in: Regents RFA 327

**62. Liu's Oct 29, 2019 "root of the issue" email** — Dean Tsu-Jae King Liu's October 29, 2019 email to Plaintiff (within the "complaint of December 31, 2018" thread), writing that "the root of the issue here is that (1) Heather Levien told John Wawrzynek that when you were on the undergraduate study committee you apparently used data to argue against admitting URM students, and (2) you consider this to be an accusation of racism," and that "my opinion is that no one has accused you of racism."

Referenced in: Liu RFA 57, 58

**63. Liu's Oct 11, 2024 Zoom-recording transmittal email** — Dean Tsu-Jae King Liu's October 11, 2024 email to Plaintiff (subject "Video recording of our Zoom meeting today"), providing Plaintiff a copy of the recording of the October 11, 2024 Zoom meeting and writing "Please see attached and let me know if we should make it available to others who might be interested to watch it."

Referenced in: Liu RFA 72

**64. Rao's Feb 26, 2025 meeting-summary email to Liu & Chayes** — Plaintiff's February 26, 2025 email to Deans Liu and Chayes (in the "Video recording of our Zoom meeting today" thread), summarizing that "Dean King-Liu said I was punished due to participating in the resolution process with Ombudsperson Parlour and Chair Demmel and Bokor," and that he "was never told the specifics even while being denied committe[e] memberships, isolated, facing a hostile environment" — the summary Chayes acknowledged without disputing (cf. CHAYES RFA 38).

Referenced in: Regents RFA 135

**65. COCI CS70 grade-grievance decisions (Nov 27, 2024 & Jan 31, 2025)** — the Academic Senate Committee on Courses of Instruction's decisions, dated on or about November 27, 2024 and January 31, 2025, denying the grade grievance concerning the grade Plaintiff assigned in CS70 (Fall 2023) and leaving that grade unchanged (documents held by Defendants; not yet in Plaintiff's file).

Referenced in: Regents RFA 314