Satish Rao
2421 Oregon St.
Berkeley, CA 94705
Tel: 510-882-5324
Email: satish0rao@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SATISH RAO,<br>Plaintiff,<br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 3:25-cv-02385-LB<br><br>[PROPOSED] ORDER ENTERING AGREED INTERIM DISCOVERY SCHEDULE<br><br>Judge: Hon. Laurel Beeler |

IT IS ORDERED that the parties shall comply with the following agreed interim discovery deadlines, as set forth in Section 7 of their Updated Joint Case Management Statement (ECF No. 86):

1. Defendants' Section 3 positions on the six Section 2.2 letters by October 27, 2026;
2. the six letters finalized and submitted by October 30, 2026;
3. initial rolling document production by November 6, 2026;
4. a meaningful second phase of document production by November 20, 2026, including previously unproduced responsive, non-privileged source records and internal communications among the materials Defendants have agreed to produce in response to Plaintiff's First and Second Sets of Requests for Production, with remaining agreed-production categories identified and scheduled; materials subject to pending objections will be governed by the outcome of the Section 2.2 letters; and
5. substantial completion of responsive production by December 11, 2026, with any then-outstanding items identified.

This order sets timing only. It does not resolve or limit any substantive discovery dispute, which will proceed under the Court's ordinary procedures. The case schedule in ECF No. 65 is unchanged.

IT IS SO ORDERED.

Dated: ____________________

____________________
Hon. Laurel Beeler
United States Magistrate Judge