Satish Rao
2421 Oregon St.
Berkeley, CA 94705
Tel: 510-882-5324
Email: satish0rao@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SATISH RAO,<br>Plaintiff,<br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 3:25-cv-02385-JD<br><br>JOINT ADMINISTRATIVE MOTION FOR DIRECTION ON PRESENTING THE DISCOVERY DISPUTES ADDRESSED IN ECF NO. 90<br>(Civil L.R. 7-11)<br><br>Judge: Hon. James Donato |

## I. JOINT REQUEST

Plaintiff and Defendants jointly ask the Court to direct the procedure for presenting six discovery disputes addressed in ECF No. 90. The six letters are attached as Exhibits 1–6. The parties agree that the production dates in ECF No. 90 (November 6, November 20, and December 11, 2026) remain in effect.

## II. BACKGROUND

On October 25, 2026, the Court (Judge Beeler) granted the administrative motion (ECF No. 89) and ordered the interim discovery schedule set out in ECF No. 89-2: "1. Defendants' Section 3 positions on the six Section 2.2 letters by October 27, 2026; 2. the six letters finalized and submitted by October 30, 2026," followed by production on the dates above. ECF No. 90. Defendants provided Section 3 positions on October 27. On October 29, Defendant Inkelas declined magistrate-judge jurisdiction (ECF No. 92), and the case has been reassigned to Judge Donato. Paragraphs 18–20 of the Court's Standing Order for

Discovery in Civil Cases provide for a three-page letter from the party seeking relief, after which the Court determines whether a response or other proceeding is required. The attached letters contain Plaintiff's positions; Defendants' Sections 3 and 6 state that Defendants are prepared to provide their positions under Paragraph 18.

## III. PLAINTIFF'S POSITION

ECF No. 90 specifies the Section 2.2 procedure for these six letters, and Defendants provided their positions under it on October 27. Plaintiff asks that Defendants file their positions on the six letters within two court days, after which the letters be treated as submitted under ECF No. 90 and referred to Magistrate Judge Beeler for resolution under 28 U.S.C. § 636(b)(1)(A), or that the Court otherwise direct the procedure it prefers. Plaintiff will promptly reformat the letters as the Court directs. Magistrate Judge Beeler entered ECF No. 90 on October 25, 2026, setting the letters' submission for October 30, before the conclusion of her service on November 12, 2026, and is familiar with these disputes. If she is unavailable, Plaintiff asks that the letters be referred to another magistrate judge or decided as the Court prefers.

## IV. DEFENDANTS' POSITION

Defendants acknowledge ECF No. 90 and voluntarily entered into that schedule. Following reassignment, Defendants respectfully seek to harmonize that order with Judge Donato's Standing Order for Discovery in Civil Cases. Because the six letters were drafted as joint letters pursuant to the guidance in Section 2.2 of Judge Beeler's Standing Order, Defendants request the Court's direction as to whether the parties should reformat those letters in accordance with Paragraphs 18–20 of Judge Donato's Standing Order. Regardless, should the Court issue an order directing Plaintiff to submit unilateral letters in accordance with Paragraph 18, Defendants respectfully request the opportunity to provide a response.

Dated: October 30, 2026

/s/ Satish Rao
Satish Rao, *Plaintiff, Pro Se*

/s/ Jack T. Edmond
Jack T. Edmond
Quarles & Brady LLP, *Counsel for Defendants*

**Attestation (Civil L.R. 5-1(i)(3)).** I attest that concurrence in the filing of this document has been obtained from the other signatory. /s/ Satish Rao