Satish Rao
2421 Oregon St.
Berkeley, CA 94705
Tel: 510-882-5324
Email: satish0rao@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SATISH RAO,<br>Plaintiff,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 3:25-cv-02385-JD<br><br>[PROPOSED] ORDER ON THE PARTIES' JOINT ADMINISTRATIVE MOTION FOR DIRECTION ON PRESENTING THE DISCOVERY DISPUTES ADDRESSED IN ECF NO. 90<br><br>Judge: Hon. James Donato |

The parties' joint administrative motion is GRANTED as follows:

1. *[Select one.]*

   ____ **Alternative A (Plaintiff's proposal).** Within _____ court days of this order, Defendants shall file their positions on the six discovery letters attached as Exhibits 1–6 to the joint motion, after which the letters will be treated as submitted under ECF No. 90 and are referred to Magistrate Judge Beeler for resolution under 28 U.S.C. § 636(b)(1)(A).

   ____ **Alternative B (Defendants' proposal).** The parties shall present the disputes addressed in those letters under the Court's Standing Order for Discovery in Civil Cases, with Plaintiff's letters due _________________.

2. The production dates in ECF No. 90 (November 6, November 20, and December 11, 2026) remain in effect.

IT IS SO ORDERED.

Dated: ____________________

____________________________________
Hon. James Donato
United States District Judge